# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAYLA STOCKDALE,<br>    Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY<br>INSURANCE COMPANY,<br>    Defendant. | CIVIL ACTION<br><br><br><br>NO. 19-845 |

# O R D E R

**AND NOW**, this 17th day of June, 2019, upon consideration of Defendant's Motion to Dismiss and briefing in support thereof (ECF Nos. 10 & 20), and Plaintiff's briefing in opposition thereto (ECF Nos. 17 & 24), it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendant's Motion to Dismiss Plaintiff's individual claims is **DENIED**;

2. Defendant's Motion to Dismiss Plaintiff's putative class claims is **GRANTED** as to those class members whose claims are based upon a breach of an alleged insurance contract "by reason of the household exclusion" prior to January 23, 2015.

                                    **BY THE COURT:**

                                    **/s/Wendy Beetlestone, J.**

                                    _____
                                    **WENDY BEETLESTONE, J.**