IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAYLA STOCKDALE,**<br>    **Plaintiff,**<br><br>        v.<br><br>**ALLSTATE FIRE AND CASUALTY**<br>**INSURANCE COMPANY,**<br>    **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO.  19-845** |

## O R D E R

**AND NOW**, this 27th day of February, 2020, upon consideration of Plaintiff's Partial Motion for Summary Judgment (ECF 33) and Defendant's Response thereto (ECF 35), and of Defendant's Motion for Summary Judgment (ECF 30) and Plaintiff's Response thereto (ECF 31), **IT IS ORDERED** that Plaintiff's Motion for Partial Summary Judgment is **GRANTED** and Defendant's Motion for Summary Judgment is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff is entitled, in connection with the injuries sustained in the June 10, 2017 motor vehicle accident, to recover $300,000 in stacked underinsured motorist coverage available under the policy of insurance issued by Defendant, Aetna Fire and Casualty Insurance Company to Mark Sanders and Jacqueline Sanders.

BY THE COURT:


/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**
