**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KAYLA STOCKDALE,**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,**<br>　　　　**Defendant.** | **NO.  19-845** |

**O R D E R**

**AND NOW**, this 6th day of March, 2020, **IT IS ORDERED** that the Defendant shall file its Petition for Permission to Appeal under Fed. R. Civ. P. 5 by **March 13, 2020**.  Plaintiff shall respond by **March 23, 2020**.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　**/s/Wendy Beetlestone, J.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**