# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAYLA STOCKDALE,<br>    Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY<br>INSURANCE COMPANY,<br>    Defendant. | CIVIL ACTION<br><br><br><br>NO. 19-845 |

# O R D E R

**AND NOW**, this 8th day of April, 2020, upon consideration of Defendant's Motion for Certificate of Appealability (ECF 41) and Plaintiff's Response thereto (ECF 43), **IT IS ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

/s/ Wendy Beetlestone, J.

_____

**WENDY BEETLESTONE, J.**