IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| KAYLA STOCKDALE, | : | CIVIL ACTION NO. 2:19-cv-845 |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | : | CLASS ACTION |
|  | : |  |
| Defendant. | : |  |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AND FOR APPROVAL OF ATTORNEY'S FEES AND EXPENSES

Plaintiff moves, pursuant to Federal Rule of Civil Procedure 23(e), for final approval of the class action settlement (ECF No. 56-1), as well as approval of attorney's fees and expenses. A proposed form of Order is annexed to this motion. The grounds are set forth in the accompanying legal memorandum and its attachments.

Dated: May 24, 2022

Respectfully Submitted,

*/s/ Jonathan Shub*
Jonathan Shub, Esquire
**SHUB LAW FIRM LLC**
134 Kings Hwy. E., 2nd Floor
Haddonfield, NJ 08033
(856) 772-7200
jshub@shublawyers.com

*/s/ Scott B. Cooper*
Scott B. Cooper
**SCHMIDT KRAMER, P.C.**
209 State Street
Harrisburg, PA 17101
(717) 232-6300
scooper@schmidtkramer.com

*/s/ James C. Haggerty*
James C. Haggerty

**HAGGERTY, GOLDBERG,
SCHLEIFER & KUPERSMITH, P.C.**
1835 Market Street, Suite 2700
Philadelphia, PA 19103
(267) 350-6600
jhaggerty@hgsklawyers.com

2